IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| PATRICK AND JEANNE STILLMOCK, individually and on behalf of all others similarly situated, <br> Plaintiffs, <br><br> v. <br><br> WEIS MARKETS, INC. and DOES 1-10 <br> Defendants. | CLASS ACTION <br><br> NO. 1:07-cv-01342-MJG |
| JENNY BARNSTEIN, on behalf of herself and all others similarly situated, <br> Plaintiffs, <br><br> v. <br><br> WEIS MARKETS, INC. <br> Defendant. | CLASS ACTION <br><br> NO. 1:07-cv-1466-MJG |

## DEFENDANT'S NOTICE OF CONSTITUTIONAL QUESTION

Pursuant to Rule 5.1 of the Federal Rules of Civil Procedure, Weis Markets, Inc. ("Weis Markets") hereby gives notice of a constitutional question raised by its Opposition to Plaintiffs' Class Certification Motion. In particular, Weis Markets asserts that the damages provision applicable to the Fair and Accurate Credit Transactions Act, 15 U.S.C. § 1681n, is unconstitutional as applied to any class action because (1) it constitutes a penalty that is grossly disproportionate to the harm alleged; (2) it allows for impermissible double damages for the same proscribed conduct; (3) is unconstitutionally vague; and (4) constitutes an excessive fine in

violation of the Eighth Amendment. As required by Fed. R. Civ. P. 5.1, Weis Markets is concurrently serving a copy of this Notice along with a copy of its Opposition to Plaintiffs' Class Certification Motion upon the Attorney General of the United States.

/s/
—————————————
Gerard J. Gaeng (Bar No. 04970)
Rosenberg | Martin | Greenberg, LLP
25 S. Charles St., Suite 2115
Baltimore, MD 21201
Phone: (410) 727-6600
Fax: (410) 727-1115

and

OF COUNSEL

Dana B. Klinges
Charles M. Hart
Timothy E. Stauss
WolfBlock LLP
1650 Arch Street, 22nd Floor
Philadelphia, PA 19103
Phone: (215) 977-2000
Fax: (215) 405-2924

Dated: August 26, 2008

## CERTIFICATE OF SERVICE

I, Gerard J. Gaeng, Esquire, do hereby certify that on August 26, 2008, I caused a true and correct copy of Defendant Weis Markets, Inc.'s Notice of Constitutional Question to be served upon the following:

>David A. Searles
>DONOVAN SEARLES, LLC
>1845 Walnut Street
>Suite 1100
>Philadelphia, PA  19103
>*VIA CM/ECF Filing*
>
>Jason M. Rapa
>RAPA LAW OFFICE, P.C.
>141 S. 1st Street
>Lehighton, PA  18235
>*VIA CM/ECF Filing*
>
>James A. Francis
>Francis & Mailman, P.C.
>100 South Broad Street
>19th Floor
>Philadelphia, PA  19100
>*VIA CM/ECF Filing*
>
>Lisa Mellas
>Edward W. Ciolko
>Katherine B. Bornstein
>Joseph A. Weeden
>Robert Biela
>SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
>280 King of Prussia Road
>Radnor, Pennsylvania 19087
>*VIA CM/ECF Filing*
>
>Robert K. Jenner
>John C. Cord
>Keith D. Forman
>JANET JENNER & SUGGS, LLC
>Woodholme Center
>1829 Reistertown Rd., Suite 320
>Baltimore, Maryland 21208
>*VIA CM/ECF Filing*

Richard S. Gordon
Martin E. Wolf
Cory L. Zajdel
QUINN, GORDON & WOLF, CHTD.
102 W. Pennsylvania Avenue
Suite 402
Towson, Maryland 21204
*VIA CM/ECF Filing*

Michael B. Mukasey
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001
*VIA U.S. Certified Mail*

_____
GERARD J. GAENG