**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division**

| | |
|---|---|
| PATRICK and JEANNE STILLMOCK, JENNY BARNSTEIN, and LEONID OPACIC, *individually and on behalf of all others similarly situated*,<br><br>*Plaintiffs*,<br><br>v.<br><br>WEIS MARKETS, INC. and DOES 1-10,<br><br>*Defendants*. | No. 1:07-cv-01342-MJG<br><br>CONSOLIDATED ACTION |

**MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, FOR
CERTIFICATION OF CLASS AND FOR APPROVAL OF THE
<u>FORM, MANNER AND ADMINISTRATION OF NOTICE</u>**

Plaintiffs, by and through their undersigned counsel, respectfully move the Court to preliminarily approve a settlement of the above-captioned class action lawsuit between the Named Plaintiffs Patrick and Jeanne Stillmock, Jenny Barnstein and Leonid Opacic and the Class they seek to represent, and the Defendant, Weis Markets, Inc.

As set forth in the attached Order Preliminarily Approving Settlement, Certifying Class for Settlement Purposes, and With Respect to Notice, Final Approval Hearing and Administration ("Preliminary Approval Order"), Plaintiffs propose the following timetable unless altered by the Court by future Order:

| | |
|---|---|
| **Within thirty (30) calendar days of entry of the Preliminary Approval Order** | First publication of Summary Notice in Weis Markets circulars (followed by publication on Weeks 3 and 5); Postings in Weis Markets retail locations; Website published |
| **Within seventy-five (75) calendar days of entry of the Preliminary Approval Order** | Deadline for any Class Member to file and serve Request for Exclusion or written opposition to the Settlement |

| | |
|---|---|
| **Ten (10) days prior to the Final Approval Hearing** | Deadline for Plaintiffs to file a motion to finally approve the Settlement, motion for attorneys' fees and costs and for Incentive Awards to Named Plaintiffs |
| **Within ninety (90) calendar days of entry of the Preliminary Approval Order** | Final Approval Hearing at a date and time to be determined by the Court |

In support of this Motion, Plaintiffs rely upon the accompanying Memorandum of Law.

WHEREFORE, Plaintiffs respectfully request that the Court (1) preliminarily approve the proposed Settlement, (2) certify the Class for settlement purposes, (3) appoint Class Counsel, (4) approve the form of and direct Notice to the Class, and (5) grant such further relief as justice demands.

Dated: March 31, 2011                                      Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　　 /s/Martin E. Wolf_____
　　　　　　　　　　　　　　　　　　　　　　Martin E. Wolf (Fed. Bar 09425)
　　　　　　　　　　　　　　　　　　　　　　Richard S. Gordon (Fed. Bar 06882)
　　　　　　　　　　　　　　　　　　　　　　Katherine B. Bornstein (Fed. Bar 28460)
　　　　　　　　　　　　　　　　　　　　　　QUINN, GORDON & WOLF, CHTD.
　　　　　　　　　　　　　　　　　　　　　　102 W. Pennsylvania Ave., Ste. 402
　　　　　　　　　　　　　　　　　　　　　　Towson, MD 21204
　　　　　　　　　　　　　　　　　　　　　　Tel.: (410) 825-2300
　　　　　　　　　　　　　　　　　　　　　　Fax: (410) 825-0066

　　　　　　　　　　　　　　　　　　　　　　David A. Searles
　　　　　　　　　　　　　　　　　　　　　　DONOVAN SEARLES, LLC
　　　　　　　　　　　　　　　　　　　　　　1845 Walnut Street, Ste. 1100
　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　　　　　　　Tel.: (215) 732-6067
　　　　　　　　　　　　　　　　　　　　　　Fax: (215) 732-8060

　　　　　　　　　　　　　　　　　　　　　　Cory L. Zajdel (Fed. Bar 28191)
　　　　　　　　　　　　　　　　　　　　　　Z LAW, LLC
　　　　　　　　　　　　　　　　　　　　　　10811 Red Run Blvd., Ste. #204
　　　　　　　　　　　　　　　　　　　　　　Owings Mills, MD 21117
　　　　　　　　　　　　　　　　　　　　　　Tel.: (443) 213-1977

　　　　　　　　　　　　　　　　　　　　　　James A. Maro

BARROWAY TOPAZ KESSLER
MELTZER & CHECK, LLP
280 King of Prussia Rd.
Radnor, PA 19087
Tel.: (610) 667-7706
Fax: (610) 667-7056

Robert K. Jenner (Fed. Bar 01465)
JANET, JENNER & SUGGS, LLC
1829 Reisterstown Rd., Ste. 320
Baltimore, MD 21208
Tel.: (410) 653-3200

James A. Francis
FRANCIS & MAILMAN, P.C.
100 South Broad St., 19th Floor
Philadelphia, PA 19101

Jason M. Rapa
RAPA LAW OFFICE, P.C.
141 1st Street
Leighton, PA 18235

*Attorneys for Plaintiffs*