IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| PATRICK AND JEANNE STILLMOCK, individually and on behalf of all others similarly situated,<br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>WEIS MARKETS, INC. and DOES 1-10,<br>　　　　　　　　　Defendants. | CLASS ACTION<br><br>NO. 1:07-cv-01342-MJG<br><br><br>CONSOLIDATED ACTION |

NOTICE OF SERVICE OF
PROPOSED CLASS ACTION SETTLEMENT
ON GOVERNMENT OFFICIALS

　　　Defendant Weis Markets, Inc. hereby serves notice to the Court that notice of the proposed class action settlement in this case was served on the appropriate government officials in accordance with 28 U.S.C. §1715 as described in the Certificate of Service attached hereto.

　　　　　　　　　　　　　　　　　　　/s/   Gerard J. Gaeng
　　　　　　　　　　　　　　　　　Gerard J. Gaeng (Bar No. 04970)
　　　　　　　　　　　　　　　　　James E. Crossan (Bar No. 25711)
　　　　　　　　　　　　　　　　　ROSENBERG | MARTIN | GREENBERG, LLP
　　　　　　　　　　　　　　　　　25 S. Charles St., Suite 2115
　　　　　　　　　　　　　　　　　Baltimore, MD 21201
　　　　　　　　　　　　　　　　　Phone: (410) 727-6600
　　　　　　　　　　　　　　　　　Fax: (410) 727-1115

　　　　　　　　　　　　　　　　　and

　　　　　　　　　　　　　　　　　OF COUNSEL

　　　　　　　　　　　　　　　　　Dana B. Klinges
　　　　　　　　　　　　　　　　　Charles M. Hart
　　　　　　　　　　　　　　　　　DUANE MORRIS
　　　　　　　　　　　　　　　　　1940 Route 70 East
　　　　　　　　　　　　　　　　　Cherry Hill, New Jersey  08003
　　　　　　　　　　　　　　　　　Phone: (856) 874-4210

　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　*Weis Markets, Inc.*

Dated: April 12, 2011

RMG# 4826-0234-2921