## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### Northern Division

|  |  |  |
|---|---|---|
| PATRICK and JEANNE STILLMOCK, JENNY BARNSTEIN, and LEONID OPACIC, individually and on behalf of all others similarly situated | ) ) ) ) ) | |
| | ) | No. 1:07-cv-01342-MJG |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| WEIS MARKETS, INC. and DOES 1-10 | ) ) | CONSOLIDATED ACTION |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

I, Charles M. Hart, hereby certify that on April 8, 2011, I caused a notice of proposed class action settlement and accompanying (a) Motion for Preliminary Approval with supporting Memorandum and Exhibits; (b) Order granting Preliminary Approval; (c) Settlement Agreement; (d) Long Form Notice; (e) Short Form Notice; and (f) chart showing the approximate number of class members by state or territory to be served in accordance with 28 U.S.C. §1715(b) by certified mail to the persons on the service list attached hereto as Exhibit A.  Proofs of mailing for each addressee are attached as Exhibit B.

Dated:  April 11, 2011

  /s/ Charles M. Hart
Charles M. Hart (76325)
Duane Morris
1940 Route 70 East
Cherry Hill, New Jersey 08003
Telephone: (856) 874-4210

Attorney for Defendant
Weis Markets, Inc.

DMI\2584486.1

# EXHIBIT A

| SERVICE LIST |
|---|
| Hon. Eric H. Holder, Jr.<br>Attorney General of the United States<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 |
| Hon. John J. Burns<br>Office of Attorney General<br>P.O. Box 110300<br>Juneau, AK 99811-0300 |
| Hon. Luther Strange<br>Office of the Attorney General<br>501 Washington Avenue<br>Montgomery, AL 36130 |
| Hon. Tom Horne<br>Office of the Attorney General<br>1275 W. Washington St.<br>Phoenix, AZ 85007 |
| Hon. Dustin McDaniel<br>Office of the Attorney General<br>200 Tower Building 323 Center St.<br>Little Rock, AR 72201-2610 |
| Hon. Kamala D. Harris<br>Office of the Attorney General<br>1300 I St., Ste. 1740<br>Sacramento, CA 95814-2919 |
| Hon. John W. Suthers<br>Office of the Attorney General<br>1525 Sherman St.<br>Denver, Colorado 80203 |
| Hon. George C. Jepsen<br>Office of the Attorney General<br>55 Elm St.<br>Hartford, CT 06141-0120 |
| Hon. Irvin B. Nathan<br>Office of the Attorney General<br>441 4th Street, NW<br>Washington, DC 20001 |
| Hon. Beau Biden<br>Office of Attorney General<br>Carvel State Office Building<br>820 N. French St.<br>Wilmington, DE 19801 |

Hon. Pam Bondi
Office of Attorney General
The Capitol, PL 01
Tallahassee, FL 32399-1050

Hon. Sam Olens
Office of the Attorney General
40 Capitol Square, SW
Atlanta, GA 30334-1300

Hon. David M. Louie
Office of the Attorney General
425 Queen St.
Honolulu, HI 96813

Hon. Lawrence G. Wasden
Office of the Attorney General
700 W. Jefferson Street, Suite 210
P.O. Box 83720
Boise, Idaho 83720-0010

Hon. Lisa Madigan
Office of the Attorney General
James R. Thompson Ctr.
100 W. Randolph St.
Chicago, IL 60601

Hon. Greg Zoeller
Office of the Attorney General
Indiana Government Center South - 5th Floor
302 West Washington Street
Indianapolis, IN 46204

Hon. Thomas John Miller
Office of the Attorney General
Hoover State Office Building
1305 E. Walnut
Des Moines, IA 50319

Hon. Derek Schmidt
Office of the Attorney General
120 S.W. 10th Ave., 2nd Fl.
Topeka, KS 66612-1597

Hon. Jack Conway
Office of the Attorney General
700 Capitol Avenue
Capitol Building, Suite 118
Frankfort, KY 40601

Hon. James D. Caldwell
Office of the Attorney General
P.O. Box 94005
Baton Rouge, LA 70804-4095

DM1\2552942.1

| |
|---|
| Hon. William J. Schneider<br>Office of the Attorney General<br>6 State House Station<br>Augusta, ME 04333 |
| Hon. Douglas F. Gansler<br>Office of the Attorney General<br>200 St. Paul Place<br>Baltimore, MD 21202-2202 |
| Hon. Martha Coakley<br>Office of the Attorney General<br>One Ashburton Place<br>Boston, MA 02108-1698 |
| Hon. William Schuette<br>Office of the Attorney General<br>G. Mennen Williams Building, 7th Floor<br>P.O.Box 30212<br>525 W. Ottawa St.<br>Lansing, MI 48909-0212 |
| Hon. Lori Swanson<br>Office of the Attorney General<br>1400 Bremer Tower<br>445 Minnesota Street<br>St. Paul, MN 55101-2131 |
| Hon. Jim Hood<br>Office of the Attorney General<br>Department of Justice<br>Walter Sillers Building<br>550 High Street, Suite 1200<br>Jackson, MS 39201 |
| Hon. Chris Koster<br>Office of the Attorney General<br>Supreme Court Building<br>207 W. High St.<br>P.O. Box 899<br>Jefferson City, MO 65102 |
| Hon. Steve Bullock<br>Office of the Attorney General<br>Department of Justice<br>215 N. Sanders<br>Helena, MT 59620-1401 |
| Hon. Jon Bruning<br>Office of the Attorney General<br>2115 State Capitol<br>Lincoln, NE 68509-8920 |

DM1\2552942.1

| |
|---|
| Hon. Catherine Cortez Masto<br>Office of the Attorney General<br>Old Supreme Ct. Building<br>100 N. Carson St.<br>Carson City, NV 89701 |
| Hon. Michael A. Delaney<br>Office of the Attorney General<br>State House Annex<br>33 Capitol Street<br>Concord, NH 03301-6397 |
| Hon. Paula T. Dow<br>Office of the Attorney General<br>Richard J. Hughes Justice Complex<br>25 Market Street<br>P.O. Box 080<br>Trenton, NJ 08625 |
| Hon. Gary King<br>Office of the Attorney General<br>P.O. Drawer 1508<br>Sante Fe, NM 87504-1508 |
| Hon. Eric T. Schneiderman<br>Office of the Attorney General<br>The Capitol, 2nd Floor<br>Albany, NY 12224 |
| Hon. Roy Cooper<br>Office of the Attorney General<br>9001 Mail Service Center<br>Raleigh, NC 27699-9001 |
| Hon. Wayne Stenehjem<br>Office of the Attorney General<br>State Capitol<br>600 E. Boulevard Ave.<br>Bismarck, ND 58505-0040 |
| Hon. Mike DeWine<br>Office of the Attorney General<br>30 E. Broad Street, 17th Floor<br>Columbus, OH 43215 |
| Hon. E. Scott Pruitt<br>Office of the Attorney General<br>313 NE 21st Street<br>Oklahoma City, OK 73105 |
| Hon. John Kroger<br>Office of the Attorney General<br>Justice Building<br>1162 Court Street, NE<br>Salem, OR 97301 |

Hon. William H. Ryan, Jr.
Office of the Attorney General
16th Floor
Strawberry Square
Harrisburg, PA 17120

Hon. Peter Kilmartin
Office of the Attorney General
150 S. Main Street
Providence, RI 02903

Hon. Alan Wilson
Office of the Attorney General
P.O. Box 11549
Columbia, SC 29211-1549

Hon. Marty J. Jackley
Office of the Attorney General
1302 East Highway 14, Suite 1
Pierre, SD 57501-8501

Hon. Robert E. Cooper, Jr.
Office of the Attorney General
425 5th Avenue North
Nashville, TN 37243

Hon. Greg Abbott
Office of the Attorney General
Capitol Station
P.O. Box 12548
Austin, TX 78711-2548

Hon. Mark Shurtleff
Office of the Attorney General
State Capitol, Rm. 236
Salt Lake City, UT 84114-0810

Hon. William Sorrell
Office of the Attorney General
109 State St.
Montpelier, VT 05609-1001

Hon. Ken Cuccinelli
Office of the Attorney General
900 East Main St.
Richmond, VA 23219

Hon. Rob McKenna
Office of the Attorney General
1125 Washington St. SE
PO Box 40100
Olympia, WA 98504-0100

DM1\2552942.1

| |
|---|
| Hon. Darrell McGraw<br>Office of the Attorney General<br>State Capitol<br>1900 Kanawha Blvd., E.<br>Charleston, WV 25305 |
| Hon. J. B. Van Hollen<br>Office of the Attorney General<br>State Capitol, Ste. 114 E.<br>P.O. Box 7857<br>Madison, WI 53707-7857 |
| Hon. Greg Phillips<br>Office of the Attorney General<br>State Capitol Building<br>Cheyenne, WY 82002 |
| Hon. Afa Ripley, Jr.<br>Office of the Attorney General<br>American Samoa Government<br>Exec. Office Building<br>Utulei, Territory of American Samoa<br>Pago Pago, AS 96799 |
| Hon. Edward Buckingham<br>Office of the Attorney General<br>Administration Building<br>P.O. Box 10007<br>Saipan, MP 96950-8907 |
| Hon. Guillermo Somoza<br>Office of the Attorney General<br>GPO Box 902192<br>San Juan, PR 00902-0192 |
| Hon. Vincent Frazer<br>Office of the Attorney General<br>Department of Justice<br>G.E.R.S. Complex 488-50C Kronprinsdens Gade<br>St. Thomas, VI 00802 |
| Hon. Leonardo M. Rapadas<br>Office of the Attorney General<br>Judicial Center Building, Ste. 2-200E<br>120 W. O'Brien Dr.<br>Hagatna, Guam 96910 |

DM1\2552942.1

# EXHIBIT B



7160 3901 9848 7970 7868

TO: Hon. E. Scott Pruitt
Office of Attorney General
313 NE 21st Street
Oklahoma City, OK 73105

SENDER: CMHart

REFERENCE: Weis-FACTA LIT

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | 0.78 |
| | Certified Fee | 2.80 |
| | Return Receipt Fee | 0.00 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | 3.58 |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE
APR 8 2011
USPS

---

7160 3901 9848 7970 8862

TO: Hon. Derek Schmidt
Office of Attorney General
120 S.W. 10th Avenue
Topeka, KS 66612-1597

SENDER: CMHart

REFERENCE: Weis-FACTA LIT

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | 0.78 |
| | Certified Fee | 2.80 |
| | Return Receipt Fee | 0.00 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | 3.58 |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE
APR 8 2011
USPS

---

7160 3901 9848 7970 8843

TO: Hon. Jack Conway
Office of Attorney General
700 Capitol Avenue, Capitol Bldg.
Frankfort, KY 40601

SENDER: CMHart

REFERENCE: Weis-FACTA LIT

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | 0.78 |
| | Certified Fee | 2.80 |
| | Return Receipt Fee | 0.00 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | 3.58 |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE
APR 8 2011
USPS

---

7160 3901 9848 7970 8650

TO: Hon. James D. Caldwell
Office of Attorney General
P.O. Box 94005
Baton Rouge, LA 70804-4095

SENDER: CMHart

REFERENCE: Weis-FACTA LIT

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | 0.78 |
| | Certified Fee | 2.80 |
| | Return Receipt Fee | 0.00 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | 3.58 |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE
APR 8 2011
USPS

---

7160 3901 9848 7970 8636

TO: Hon. William J. Schneider
Office of Attorney General
6 State House Station
Augusta, ME 04333

SENDER: CMHart

REFERENCE: Weis-FACTA LIT

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | 0.78 |
| | Certified Fee | 2.80 |
| | Return Receipt Fee | 0.00 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | 3.58 |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE
APR 8 2011
USPS

---

7160 3901 9848 7970 7837

TO: Hon. Roy Cooper
Office of Attorney General
9001 Mail Service Center
Raleigh, NC 27699-9001

SENDER: CMHart

REFERENCE: Weis-FACTA LIT

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | 0.78 |
| | Certified Fee | 2.80 |
| | Return Receipt Fee | 0.00 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE
APR 8 2011
USPS

---

7160 3901 9848 7970 7905

TO: Hon. Douglas F. Gansler
Office of Attorney General
200 St. Paul Place
Baltimore, MD 21202-2202

SENDER: CMHart

REFERENCE: Weis-FACTA LIT

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | 0.78 |
| | Certified Fee | 2.80 |
| | Return Receipt Fee | 0.00 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | 3.58 |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE
APR 8 2011
USPS

---

7160 3901 9848 7970 7998

TO: Hon. Michael A. Delaney
Office of Attorney General
33 Capitol Street
Concord, NH 03301-6397

SENDER: CMHart

REFERENCE: Weis-FACTA LIT

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | 0.78 |
| | Certified Fee | 2.80 |
| | Return Receipt Fee | 0.00 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | 3.58 |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE
APR 8 2011
USPS

---

7160 3901 9848 7970 7806

TO: Hon. Paula T. Dow
Office of Attorney General
25 Market Street
Trenton, NJ 08625

SENDER: CMHart

REFERENCE: Weis-FACTA LIT

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | 0.78 |
| | Certified Fee | 2.80 |
| | Return Receipt Fee | 0.00 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | 3.58 |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE
APR 8 2011
USPS



7160 3901 9848 7970 7813

TO: Hon. Gary King
Office of Attorney General
P.O. Drawer 1508
Sante Fe, NM 87504-1508

SENDER: CMHart

REFERENCE: Weis-FACTA LIT

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | 0.78 |
|---|---|---|
| | Certified Fee | 2.80 |
| | Return Receipt Fee | 0.00 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | 3.58 |

US Postal Service
Receipt for
Certified Mail
No Insurance Coverage Provided
Do Not Use for International Mail
POSTMARK OR DATE
APR 8 2011

---

7160 3901 9848 7970 7820

TO: Hon. Eric T. Schneiderman
Office of Attorney General
The Capitol, 2nd Floor
Albany, NY 12224

SENDER: CMHart

REFERENCE: Weis-FACTA LIT

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | 0.78 |
|---|---|---|
| | Certified Fee | 2.80 |
| | Return Receipt Fee | 0.00 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | 3.58 |

US Postal Service
Receipt for
Certified Mail
No Insurance Coverage Provided
Do Not Use for International Mail
POSTMARK OR DATE
APR 8 2011

---

TO: Hon. Robert E. Cooper Jr.
Office of Attorney General
425 5th Avenue North
Nashville, TN 37243

SENDER: CMHart

REFERENCE: Weis-FACTA LIT

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | 0.78 |
|---|---|---|
| | Certified Fee | 2.80 |
| | Return Receipt Fee | 0.00 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | 3.58 |

US Postal Service
Receipt for
Certified Mail
No Insurance Coverage Provided
Do Not Use for International Mail
POSTMARK OR DATE
APR 8 2011

---

7160 3901 9848 7970 7714

TO: Hon. Marty J. Jackley
Office of Attorney General
1302 East Highway 14, Suite 1
Pierre, SD 57501-8501

SENDER: CMHart

REFERENCE: Weis-FACTA LIT

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | 0.78 |
|---|---|---|
| | Certified Fee | 2.80 |
| | Return Receipt Fee | 0.00 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | 3.58 |

US Postal Service
Receipt for
Certified Mail
No Insurance Coverage Provided
Do Not Use for International Mail
POSTMARK OR DATE
APR 8 2011

---

7160 3901 9848 7970 8094

TO: Hon. Pam Bondi
Office of Attorney General
The Capitol, PL 01
Tallahassee, FL 32388-1050

SENDER: CMHart

REFERENCE: Weis-FACTA LIT

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | 0.78 |
|---|---|---|
| | Certified Fee | 2.80 |
| | Return Receipt Fee | 0.00 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | 3.58 |

US Postal Service
Receipt for
Certified Mail
No Insurance Coverage Provided
Do Not Use for International Mail
POSTMARK OR DATE
APR 8 2011

---

7160 3901 9848 7970 7707

TO: Hon. Alan Wilson
Office of Attorney General
P.O. Box 11549
Columbia, SC 29211-1549

SENDER: CMHart

REFERENCE: Weis-FACTA LIT

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | 0.78 |
|---|---|---|
| | Certified Fee | 2.80 |
| | Return Receipt Fee | 0.00 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | 3.58 |

US Postal Service
Receipt for
Certified Mail
No Insurance Coverage Provided
Do Not Use for International Mail
POSTMARK OR DATE
APR 8 2011

---

7160 3901 9848 7970 7769

TO: Hon. Ken Cuccinelli
Office of Attorney General
900 East Main Street
Richmond, VA 23219

SENDER: CMHart

REFERENCE: Weis-FACTA LIT

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | 0.78 |
|---|---|---|
| | Certified Fee | 2.80 |
| | Return Receipt Fee | 0.00 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | 3.58 |

US Postal Service
Receipt for
Certified Mail
No Insurance Coverage Provided
Do Not Use for International Mail
POSTMARK OR DATE
APR 8 2011

---

7160 3901 9848 7970 7543

TO: Hon. Jim Hood
Office of Attorney General
550 High Street, Suite 1200
Jackson, MS 39201

SENDER: CMHart

REFERENCE: Weis-FACTA LIT

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | 0.78 |
|---|---|---|
| | Certified Fee | 2.80 |
| | Return Receipt Fee | 0.00 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | 3.58 |

US Postal Service
Receipt for
Certified Mail
No Insurance Coverage Provided
Do Not Use for International Mail
POSTMARK OR DATE
APR 8 2011

---

7160 3901 9848 7970 7899

TO: Hon. Peter Kilmartin
Office of Attorney General
150 S. Main Street
Providence, RI 02903

SENDER: CMHart

REFERENCE: Weis-FACTA LIT

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | 0.78 |
|---|---|---|
| | Certified Fee | 2.80 |
| | Return Receipt Fee | 0.00 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | 3.58 |

US Postal Service
Receipt for
Certified Mail
No Insurance Coverage Provided
Do Not Use for International Mail
POSTMARK OR DATE
APR 8 2011



7160 3901 9848 7970 8092

**TO:** Hon. Dustin McDaniel
Office of Attorney General
200 Tower Building, 323 Center St.
Little Rock, AR 72201-2610

**SENDER:** CMHart

**REFERENCE** Weis-FACTA LIT

| PS Form 3800, January 2005 | | |
|---|---|---|
| RETURN RECEIPT SERVICE | Postage | 0.78 |
| | Certified Fee | 2.80 |
| | Return Receipt Fee | 0.00 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | 3.58 |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail
POSTMARK OR DATE  APR 8 2011

---

7160 3901 9848 7970 8045

**TO:** Hon. Mark Shurtleff
Office of Attorney General
State Capitol, Room 236
Salt Lake City, UT 84114-0810

**SENDER:** CMHart

**REFERENCE** Weis-FACTA LIT

| PS Form 3800, January 2005 | | |
|---|---|---|
| RETURN RECEIPT SERVICE | Postage | 0.78 |
| | Certified Fee | 2.80 |
| | Return Receipt Fee | 0.00 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | 3.58 |

US Postal Service
**Receipt for Certified Mail**
POSTMARK OR DATE  APR 8 2011

---

7160 3901 9848 7970 8052

**TO:** Hon. Tom Horne
Office of Attorney General
1275 W. Washington Street
Phoenix, AZ 85007

**SENDER:** CMHart

**REFERENCE** Weis-FACTA LIT

| PS Form 3800, January 2005 | | |
|---|---|---|
| RETURN RECEIPT SERVICE | Postage | 0.78 |
| | Certified Fee | 2.80 |
| | Return Receipt Fee | 0.00 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | 3.58 |

US Postal Service
**Receipt for Certified Mail**
POSTMARK OR DATE  APR 8 2011

---

7160 3901 9848 7970 8018

**TO:** Hon. Luther Strange
Office of Attorney General
501 Washington Avenue
Montgomery, AL 36130

**SENDER:** CMHart

**REFERENCE** Weis-FACTA LIT

| | | |
|---|---|---|
| RETURN RECEIPT SERVICE | Postage | 0.78 |
| | Certified Fee | 2.80 |
| | Return Receipt Fee | 0.00 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | 3.58 |

US Postal Service
**Receipt for Certified Mail**
APR 8 2011

---

7160 3901 9848 7970 7752

**TO:** Hon. William Sorrell
Office of Attorney General
109 State Street
Montpelier, VT 05609-1001

**SENDER:** CMHart

**REFERENCE** Weis-FACTA LIT

| | | |
|---|---|---|
| RETURN RECEIPT SERVICE | Postage | 0.78 |
| | Certified Fee | 2.80 |
| | Return Receipt Fee | 0.00 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | 3.58 |

US Postal Service
**Receipt for Certified Mail**
APR 8 2011

---

7160 3901 9848 7970 7936

**TO:** Hon. Lori Swanson
Office of Attorney General
445 Minnesota Street
St. Paul, MN 55101-2131

**SENDER:** CMHart

**REFERENCE** Weis-FACTA LIT

| | | |
|---|---|---|
| RETURN RECEIPT SERVICE | Postage | 0.78 |
| | Certified Fee | 2.80 |
| | Return Receipt Fee | 0.00 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | 3.58 |

US Postal Service
**Receipt for Certified Mail**
APR 8 2011

---

7160 3901 9848 7970 7912

**TO:** Hon. Martha Coakley
Office of Attorney General
One Ashburton Place
Boston, MA 02108-1698

**SENDER:** CMHart

**REFERENCE** Weis-FACTA LIT

| | | |
|---|---|---|
| RETURN RECEIPT SERVICE | Postage | 0.78 |
| | Certified Fee | 2.80 |
| | Return Receipt Fee | 0.00 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | 3.58 |

US Postal Service
**Receipt for Certified Mail**
APR 8 2011

---

7160 3901 9848 7970 7981

**TO:** Hon. Catherine Cortez Masto
Office of Attorney General
100 N. Carson Street
Carson City, NV 89701

**SENDER:** CMHart

**REFERENCE** Weis-FACTA LIT

| | | |
|---|---|---|
| RETURN RECEIPT SERVICE | Postage | 0.78 |
| | Certified Fee | 2.80 |
| | Return Receipt Fee | 0.00 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | 3.58 |

US Postal Service
**Receipt for Certified Mail**
APR 8 2011

---

7160 3901 9848 7970 8131

**TO:** Hon. Lisa Madigan
Office of Attorney General
100 W. Randolph Street
Chicago, IL 60601

**SENDER:** CMHart

**REFERENCE** Weis-FACTA LIT

| | | |
|---|---|---|
| RETURN RECEIPT SERVICE | Postage | 0.78 |
| | Certified Fee | 2.80 |
| | Return Receipt Fee | 0.00 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | 3.58 |

US Postal Service
**Receipt for Certified Mail**
APR 8 2011

7160 3901 9848 7970 8124

TO: Hon. Lawrence G. Wasden
Office of Attorney General
700 W. Jefferson St. Suite 210
Boise, ID 83720-0010

SENDER: CMHart

REFERENCE: Weis-FACTA LIT

| PS Form 3800, January 2005 | | |
|---|---|---|
| RETURN RECEIPT SERVICE | Postage | 0.78 |
| | Certified Fee | 2.80 |
| | Return Receipt Fee | 0.00 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | 3.58 |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail
POSTMARK OR DATE — APR 8 2011

---

7160 3901 7848 7770 7886

TO: Hon. William H. Ryan Jr.
Office of Attorney General
Strawberry Square, 16th Floor
Harrisburg, PA 17120

SENDER: CMHart

REFERENCE: Weis-FACTA LIT

| PS Form 3800, January 2005 | | |
|---|---|---|
| RETURN RECEIPT SERVICE | Postage | 0.78 |
| | Certified Fee | 2.80 |
| | Return Receipt Fee | 0.00 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | 3.58 |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail
POSTMARK OR DATE — APR 8 2011

---

7160 3903 1848 7770 8231

TO: Hon. David Louie
Office of Attorney General
425 Queen Street
Honolulu, HI 96813

SENDER: CMHart

REFERENCE: Weis-FACTA LIT

| PS Form 3800, January 2005 | | |
|---|---|---|
| RETURN RECEIPT SERVICE | Postage | 0.78 |
| | Certified Fee | 2.80 |
| | Return Receipt Fee | 0.00 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | 3.58 |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail
POSTMARK OR DATE — APR 8 2011

---

7160 3901 9848 7970 8087

TO: Hon. Beau Biden
Office of Attorney General
820 N. French Street
Wilmington, DE 19801

SENDER: CMHart

REFERENCE: Weis-FACTA LIT

| PS Form 3800, January 2005 | | |
|---|---|---|
| RETURN RECEIPT SERVICE | Postage | 0.78 |
| | Certified Fee | 2.80 |
| | Return Receipt Fee | 0.00 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | 3.58 |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail
POSTMARK OR DATE — APR 8 2011

---

7160 3901 9848 7970 8070

TO: Hon. Irvin B. Nathan
Office of Attorney General
441 4th Street, NW
Washington, DC 20001

SENDER: CMHart

REFERENCE: Weis-FACTA LIT

| PS Form 3800, January 2005 | | |
|---|---|---|
| RETURN RECEIPT SERVICE | Postage | 0.78 |
| | Certified Fee | 2.80 |
| | Return Receipt Fee | 0.00 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | 3.58 |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail
POSTMARK OR DATE — APR 8 2011

---

7160 3901 9848 7970 8063

TO: Hon. George C. Jepsen
Office of Attorney General
55 Elm Street
Hartford, CT 06141-0120

SENDER: CMHart

REFERENCE: Weis-FACTA LIT

| PS Form 3800, January 2005 | | |
|---|---|---|
| RETURN RECEIPT SERVICE | Postage | 0.78 |
| | Certified Fee | 2.80 |
| | Return Receipt Fee | 0.00 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | 3.58 |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail
POSTMARK OR DATE — APR 8 2011

---

7160 3901 9848 7970 8056

TO: Hon. John W. Suthers
Office of Attorney General
1525 Sherman Street
Denver, CO 80203

SENDER: CMHart

REFERENCE: Weis-FACTA LIT

| PS Form 3800, January 2005 | | |
|---|---|---|
| RETURN RECEIPT SERVICE | Postage | 0.78 |
| | Certified Fee | 2.80 |
| | Return Receipt Fee | 0.00 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | 3.58 |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail
POSTMARK OR DATE — APR 8 2011

---

7160 3901 9848 7970 8049

TO: Hon. Kamala D. Harris
Office of Attorney General
1300 I Street, Ste 1740
Sacramento, CA 95814-2919

SENDER: CMHart

REFERENCE: Weis-FACTA LIT

| PS Form 3800, January 2005 | | |
|---|---|---|
| RETURN RECEIPT SERVICE | Postage | 0.78 |
| | Certified Fee | 2.80 |
| | Return Receipt Fee | 0.00 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | 3.58 |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail
POSTMARK OR DATE — APR 8 2011

---

7160 3901 9848 7970 7875

TO: Hon. John Kroger
Office of Attorney General
1162 Court Street, NE
Salem, OR 97301

SENDER: CMHart

REFERENCE: Weis-FACTA LIT

| PS Form 3800, January 2005 | | |
|---|---|---|
| RETURN RECEIPT SERVICE | Postage | 0.78 |
| | Certified Fee | 2.80 |
| | Return Receipt Fee | 0.00 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | 3.58 |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail
POSTMARK OR DATE — APR 8 2011



7160 3901 9848 7970 7691

TO:   Hon. Eric H. Holder, Jr.
      Attorney General of the United States
      950 Pennsylvania Ave, NW
      Washington, DC 20530-0001

SENDER: CMHart

REFERENCE: Weis-FACTA LIT

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | 0.78 |
| | Certified Fee | 2.80 |
| | Return Receipt Fee | 0.00 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | $11 3.58 |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE
APR 8 2011
USPS

---

7160 3901 9848 7970 8100

TO:   Hon. Sam Olens
      Office of Attorney General
      40 Capitol Square, SW
      Atlanta, GA 30334-1300

SENDER: CMHart

REFERENCE: Weis-FACTA LIT

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | 0.78 |
| | Certified Fee | 2.80 |
| | Return Receipt Fee | 0.00 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | $11 3.58 |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE
APR 8 2011
USPS

---

7160 3901 9848 7970 7684

TO:   Hon. Leonardo Rapadas
      Office of Attorney General
      120 W. O'Brien Dr., Ste. 2-200E
      Hagatna, Guam 96910

SENDER: CMHart

REFERENCE: Weis-FACTA LIT

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | 0.78 |
| | Certified Fee | 2.80 |
| | Return Receipt Fee | 0.00 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | $11 3.58 |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE
APR 8 2011
USPS

---

7160 3901 9848 7970 8001

TO:   Hon. John J. Burns
      Office of Attorney General
      P.O. Box 110300
      Juneau, AK 99811-0300

SENDER: CMHart

REFERENCE: Weis-FACTA LIT

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | 0.78 |
| | Certified Fee | 2.80 |
| | Return Receipt Fee | 0.00 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | $11 3.58 |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE
APR 8 2011
USPS

---

7160 3901 9848 7970 8155

TO:   Hon. Thomas John Miller
      Office of Attorney General
      1305 E. Walnut
      Des Moines, IA 50319

SENDER: CMHart

REFERENCE: Weis-FACTA LIT

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | 0.78 |
| | Certified Fee | 2.80 |
| | Return Receipt Fee | 0.00 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE
APR 8 2011
USPS

---

7160 3901 9848 7970 7677

TO:   Hon. Vincent Frazer
      Office of Attorney General
      G.E.R.S. Complex 488-50C Kronprinsdens Gade
      St. Thomas, VI 00802

SENDER: CMHart

REFERENCE: Weis-FACTA LIT

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | 0.78 |
| | Certified Fee | 2.80 |
| | Return Receipt Fee | 0.00 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | $11 3.58 |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE
APR 8 2011
USPS

---

7160 3901 9848 7970 7738

TO:   Hon. Greg Abbott
      Office of Attorney General
      P.O. Box 12548
      Austin, TX 78711-2548

SENDER: CMHart

REFERENCE: Weis-FACTA LIT

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | 0.78 |
| | Certified Fee | 2.80 |
| | Return Receipt Fee | 0.00 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE
APR 8 2011
USPS

---

7160 3901 9848 7970 7646

TO:   Hon. Afa Ripley Jr.
      Office of Attorney General
      Executive Office Building
      Utulei, Territory of American Samoa
      Pago Pago, AS 96799

SENDER: CMHart

REFERENCE: Weis-FACTA LIT

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | 0.78 |
| | Certified Fee | 2.80 |
| | Return Receipt Fee | 0.00 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE
APR 8 2011
USPS

---

7160 3901 9848 7970 7660

TO:   Hon. Guillermo Somoza
      Office of Attorney General
      GPO Box 902192
      San Juan, PR 00902-0192

SENDER: CMHart

REFERENCE: Weis-FACTA LIT

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | 0.78 |
| | Certified Fee | 2.80 |
| | Return Receipt Fee | 0.00 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | $11 3.58 |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE
APR 8 2011
USPS



**7160 3901 9848 7970 7653**

TO: Hon. Edward Buckingham
Office of Attorney General
P.O. Box 10007
Saipan, MP 96950-8907

SENDER: CMHart

REFERENCE: Weis-FACTA LIT

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | 0.78 |
|---|---|---|
| | Certified Fee | 2.80 |
| | Return Receipt Fee | 0.00 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE
APR 8 2011

---

**7160 3901 9848 7970 7760**

TO: Hon. Greg Phillips
Office of Attorney General
State Capitol Building
Cheyenne, WY 82002

SENDER: CMHart

REFERENCE: Weis-FACTA LIT

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | 0.78 |
|---|---|---|
| | Certified Fee | 2.80 |
| | Return Receipt Fee | 0.00 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | 3.58 |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE
APR 8 2011

---

**7160 3901 9848 7970 7770**

TO: Hon. J.B. Van Hollen
Office of Attorney General
State Capitol, Ste. 114 E.
Madison, WI 53707-7857

SENDER: CMHart

REFERENCE: Weis-FACTA LIT

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | 0.78 |
|---|---|---|
| | Certified Fee | 2.80 |
| | Return Receipt Fee | 0.00 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE
APR 8 2011

---

**7160 3901 9848 7970 7783**

TO: Hon. Darrell McGraw
Office of Attorney General
1900 Kanawha Blvd. E.
Charleston, WV 25305

SENDER: CMHart

REFERENCE: Weis-FACTA LIT

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | 0.78 |
|---|---|---|
| | Certified Fee | 2.80 |
| | Return Receipt Fee | 0.00 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | 3.58 |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE
APR 8 2011

---

**7160 3901 9848 7970 7776**

TO: Hon. Rob McKenna
Office of Attorney General
1125 Washington Street, SE
Olympia, WA 98504-0100

SENDER: CMHart

REFERENCE: Weis-FACTA LIT

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | 0.78 |
|---|---|---|
| | Certified Fee | 2.80 |
| | Return Receipt Fee | 0.00 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | 3.58 |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE
APR 8 2011

---

**7160 3901 9848 7970 7929**

TO: Hon. William Schuette
Office of Attorney General
525 W. Ottawa Street
Lansing, MI 48909-0212

SENDER: CMHart

REFERENCE: Weis-FACTA LIT

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | 0.78 |
|---|---|---|
| | Certified Fee | 2.80 |
| | Return Receipt Fee | 0.00 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | 3.58 |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE
APR 8 2011

---

**7160 3901 9848 7970 7950**

TO: Hon. Chris Koster
Office of Attorney General
207 W. High Street
Jefferson City, MO 65102

SENDER: CMHart

REFERENCE: Weis-FACTA LIT

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | 0.78 |
|---|---|---|
| | Certified Fee | 2.80 |
| | Return Receipt Fee | 0.00 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE
APR 8 2011

---

**7160 3901 9848 7970 7967**

TO: Hon. Steve Bullock
Office of Attorney General
215 N. Sanders
Helena, MT 59620-1401

SENDER: CMHart

REFERENCE: Weis-FACTA LIT

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | 0.78 |
|---|---|---|
| | Certified Fee | 2.80 |
| | Return Receipt Fee | 0.00 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | 3.58 |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE
APR 8 2011

---

**7160 3901 9848 7970 7974**

TO: Hon. Jon Bruning
Office of Attorney General
2115 State Capitol
Lincoln, NE 68509-8920

SENDER: CMHart

REFERENCE: Weis-FACTA LIT

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | 0.78 |
|---|---|---|
| | Certified Fee | 2.80 |
| | Return Receipt Fee | 0.00 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | 3.58 |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE
APR 8 2011

7160 3901 9848 8148

TO: Hon. Greg Zoeller
Office of Attorney General
302 West Washington Street
Indianapolis, IN 46204

SENDER: CMHart

REFERENCE: Weis-FACTA LIT

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | 0.78 |
| | Certified Fee | 2.80 |
| | Return Receipt Fee | 0.00 |
| | Restricted Delivery | |
| | Total Postage & Fees | 3.58 |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE
APR 8 2011
USPS

---

7160 3901 9848 7970 7844

TO: Hon. Wayne Stenehjem
Office of Attorney General
600 E. Boulevard Ave
Bismarck, ND 58505-0040

SENDER: CMHart

REFERENCE: Weis-FACTA LIT

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | 0.78 |
| | Certified Fee | 2.80 |
| | Return Receipt Fee | 0.00 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE
APR 8 2011
USPS

---

7160 3901 9848 7970 7851

TO: Hon. Mike DeWine
Office of Attorney General
30 E. Board Street, 17th Floor
Columbus, OH 43215

SENDER: CMHart

REFERENCE: Weis-FACTA LIT

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | 0.78 |
| | Certified Fee | 2.80 |
| | Return Receipt Fee | 0.00 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | 3.58 |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE
APR 8 2011
USPS