**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division**

| | |
|---|---|
| PATRICK and JEANNE STILLMOCK, JENNY BARNSTEIN, and LEONID OPACIC, *individually and on behalf of all others similarly situated,*<br><br>*Plaintiffs,*<br><br>v.<br><br>WEIS MARKETS, INC. and DOES 1-10,<br><br>*Defendants.* | No. 1:07-cv-01342-MJG<br><br><br>CONSOLIDATED ACTION |

## MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Named Plaintiffs Patrick and Jeanne Stillmock, Jenny Barnstein and Leonid Opacic, by and through their undersigned counsel, respectfully move the Court to give final approval to the class-wide settlement achieved in the above captioned case between Plaintiffs and Defendant.

In support of this Motion, Plaintiffs submit the accompanying Memorandum of Law and the Declaration of Martin E. Wolf in Support of Plaintiffs' Motions for (1) Final Approval of Class Action Settlement; and (2) Class Counsel's Application for an Award of Attorney's Fees and Expenses, Incentive Payments to Named Plaintiffs, which are incorporated herein. In addition, Plaintiffs submit a proposed comprehensive Final Order Approving Settlement and Certifying Settlement Class.

Dated: July 15, 2011                                    Respectfully submitted,


                                                         /s/Martin E. Wolf_____
                                                        Martin E. Wolf (Fed. Bar 09425)
                                                        Richard S. Gordon (Fed. Bar 06882)

Katherine B. Bornstein (Fed. Bar 28460)
QUINN, GORDON & WOLF, CHTD.
102 W. Pennsylvania Ave., Ste. 402
Towson, MD 21204
Tel.: (410) 825-2300
Fax: (410) 825-0066

Noah Axler
DONOVAN SEARLES & AXLER, LLC
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103
Tel.: (215) 732-6067
Fax: (215) 732-8060

Cory L. Zajdel (Fed. Bar 28191)
Z LAW, LLC
10811 Red Run Blvd., Ste. #204
Owings Mills, MD 21117
Tel.: (443) 213-1977

James A. Maro
KESSLER TOPAZ MELTZER & CHECK, LLP
280 King of Prussia Rd.
Radnor, PA 19087
Tel.: (610) 667-7706
Fax: (610) 667-7056

*Class Counsel*

Robert K. Jenner (Fed. Bar 01465)
JANET, JENNER & SUGGS, LLC
1829 Reisterstown Rd., Ste. 320
Baltimore, MD 21208
Tel.: (410) 653-3200

James A. Francis
FRANCIS & MAILMAN, P.C.
100 South Broad St., 19th Floor
Philadelphia, PA 19101

Jason M. Rapa
RAPA LAW OFFICE, P.C.
141 1st Street
Leighton, PA 18235

*Attorneys for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I certify that, on July 15, 2011, I caused the foregoing to be filed with the Clerk of the Court via the CM/ECF system, which will deliver notification of filing to all counsel of record.

                                                 s/Martin E. Wolf_____
                                                 Martin E. Wolf (Fed. Bar 09425)